**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| YITZCHAK SIMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:23-cv-00955 |
| TISHAURA ONEDA JONES ET AL, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT ADVANTES GROUP, LLC**

COMES NOW Plaintiff Yitzchak Simon ("Plaintiff"), pursuant to F.R.C.P. 41(a)(1)(A)(i), and hereby voluntarily dismisses, without prejudice, all causes of action filed against Defendant Advantes Group, LLC only, which shall be dismissed without prejudice with each party to bear their own costs.

Respectfully submitted,

**NEWTON BARTH, L.L.P.**

By:   /s/ *Brandy B. Barth*
Brandy B. Barth, 56668MO
555 Washington Ave., Suite 420
St. Louis, Missouri 63101
(314) 272-4490 – Telephone
(314) 762-6710 – Facsimile
brandy@newtonbarth.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed with the court and served upon all counsel of record via the court's e-filing service on this 6th day of September, 2023.  Plaintiff will also provide a file-stamped copy of this document to the following, via email only:

    Mr. Morry S. Cole
    Gray, Ritter & Graham, P.C.
    701 Market Street, Suite 800
    St. Louis, MO 63101
    mcole@grgpc.com
    Attorney for Advantes Group, LLC

    Ms. Abby Duncan
    St. Louis City Counselor's Office
    1200 Market Street, Rm. 314
    St. Louis, MO 63103
    DuncanA@stlouis-mo.gov
    Attorney for Tishaura Jones and
    Yusef Scoggin

                                                                   */s/ Brandy B. Barth*