# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| YITZCHAK SIMON, | ) |
|    PLAINTIFF, | ) ) ) |
| v. | )   Case No. 4:23-CV-00955 |
| TISHAURA JONES, et al., | ) ) ) |
|    DEFENDANTS. | ) |

## ENTRY OF APPEARANCE

COMES NOW Associate City Counselor, Abby Duncan, and hereby enters her appearance as counsel of record for Defendants Tishaura Jones and Yusef Scoggin, in their official and individual capacities.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Abby Duncan
Abby Duncan, 67766(MO)
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri  63103
Phone: (314) 622-4694
DuncanA@stlouis-mo.gov

*Attorney for Defendants Jones and Scoggin*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was electronically filed on September 12, 2023, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Abby Duncan