UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YITZCHAK SIMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-CV-00955 |
| | ) |
| TISHAURA JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COME NOW Defendants Tishaura Jones and Yusef Scoggin (collectively, "Defendants"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss Plaintiff's Complaint (doc. 1) and causes of action asserted therein for failure to state a claim for which relief can be granted. In support of this Motion, Defendants file herewith a Memorandum of Law in Support, which is incorporated by this reference as set forth fully herein.

WHEREFORE, Defendants move the Court dismiss this cause with prejudice, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Abby Duncan
Abby Duncan, 67766(MO)
Associate City Counselor
Lucina Diaz, 70650(MO)
Assistant City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri  63103
Phone: (314) 622-4694
DuncanA@stlouis-mo.gov
DiazL@stlouis-mo.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing was electronically filed on September 29, 2023 with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Abby Duncan

2