**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **SIMON YITZCHAK,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | Case No. 4:23-CV-00955 |
| v. ) | |
| ) | |
| **TISHAURA O. JONES,** *et al.*, ) | |
| ) | |
| ) | |
| **DEFENDANTS,** ) | |

## WITHDRAWAL OF COUNSEL

COMES NOW Assistant City Counselor Lucina Diaz and hereby withdraws her appearance as co-counsel for Defendants Tishaura Jones and Yusef Scoggin, in their official and individual capacities.

Respectfully Submitted,

**SHEENA HAMILTON,**
**CITY COUNSELOR**

By: */s/ Lucina Diaz*
Lucina Diaz #70650
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103
PHONE: 314-622-3651
FAX: 314-622-4956
diazl@stlouis-mo.gov
**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2023 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all attorneys of record.

                                                                  */s/ Lucina Diaz*