UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YITZCHAK SIMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 955 CDP |
| ) | |
| TISHAURA ONEDA JONES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Scheduling Conference pursuant to Fed.R.Civ.P. 16 is **reset** from today, Friday, December 15, 2023 at 1:30 p.m. **to Tuesday, December 19, 2023 at 3:30 p.m.** by a Court initiated telephone conference. Counsel should dial **888-684-8852** then when prompted enter access code: **4362059**.

_[signature]_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2023.