UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| YITZCHAK SIMON, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 4:23 CV 955 CDP |
| | ) | |
| TISHAURA ONEDA JONES, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

## ORDER
## REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

After due consideration of the issues and in consultation with the parties, the Court finds that this cause is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED** that, effective **April 1, 2024**:

(a) <u>Referral to ADR</u>:  This case is referred to:    **Mediation.**

(b) <u>Conduct of ADR Conference(s)</u>: The ADR conference(s) shall be conducted in accordance with the procedures outlined in E.D. Mo. L.R. 6.01 - 6.05.

(c) <u>Scheduling ADR Conference(s)</u>: The ADR conference(s) shall be concluded before **June 3, 2024,** unless extended by Order of the Court.  Although ADR conferences may be conducted at any location agreed to by the parties, counsel, and the assigned neutral, the parties are advised that such conferences may be conducted in designated space in the United States District Court, 111 So.

10th Street, 5th Floor,  St. Louis, Missouri, and United States District Court, 555
Independence Street, Cape Girardeau, Missouri, by making arrangements with the
Office of the Clerk.

(d)    Governing Rules Governing ADR Conference(s):  The ADR procedures
are defined in and the process shall be conducted in accordance with E.D. Mo. L.R.
6.01-6.05.  The following Orders are entered in this matter:

(1)    Designation of Lead Counsel:  **Brandy B. Barth** is designated
as lead counsel and shall be responsible for working with the parties and the
neutral to coordinate an agreeable date, time, and, if necessary, location for the
initial ADR conference.

(2)    Responsibilities of Lead Counsel:  Not later than **April 22,
2024,** lead counsel shall notify the clerk of the agreed choice of neutral selected by
the parties and the date, time and location of the initial ADR Conference (see
Designation of Neutral/ADR Conference Report form, <www.moed.uscourts.gov>,
ADR, forms).  Upon selection of the neutral, lead counsel shall send a copy of this
Order to the neutral.

(3)    Authority of the Neutral:  The neutral shall have authority to
consult and conduct conferences and private caucuses with counsel, individual
parties, corporate representatives and claims professionals, to suggest alternatives,
analyze issues and positions, question perceptions, stimulate negotiations, and keep

order.

        (4)    <u>Compliance with Deadlines</u>:  All deadlines must be complied with in a timely fashion and the appropriate forms filed with the Clerk of the District Court.  If a deadline cannot be met, the designated lead counsel shall **file a motion requesting an extension of the deadline** prior to the expiration of that deadline.  Noncompliance of any deadline set herein by this Court may result in the imposition of sanctions to the appropriate party or parties.

_Catherine D Perry_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2023.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| YITZCHAK SIMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23 CV 955 CDP |
| | ) | |
| TISHAURA ONEDA JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case to ADR</u>, for **mediation,**

effective **April 1, 2024**, the parties hereby designate by agreement the following

individual from the Court's list of Certified Neutrals to serve as Neutral in the

above-styled action:

**Name of Neutral:** _____

**Firm Name and Address:** _____

_____

_____

**Telephone & FAX Number:** _____

The attorneys of record in this case are:

**Name of Lead Counsel:**    _____

**Firm Name and Address:**    _____

_____

_____

**Telephone & FAX Number**    _____

**Name of Other Counsel:**    _____

**Firm Name and Address:**    _____

_____

_____

**Telephone & FAX Number:**    _____

The completion deadline for this ADR referral is **June 3, 2024.**

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:    _____ 2024

Time of Conference:    _____ a/p.m.

Location of Conference (Check One):

☐     Designated Space at the United States Courthouse, 111 So. 10th

         Street, St. Louis, MO

☐     Other Location: _____

                                  _____

All parties and the assigned neutral have been given at least fourteen (14) days' notice of the above-dated conference.  The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.


_____

Date

                        _____

                        _____

                        Signature of Plaintiff


                        _____

                        _____

                        Signature of Defendants