

**ST. PATRICK CENTER**

Date: March 30, 2023

To: Yitzchak Simon

From: St. Patrick Center Office of Human Resources

Re: Termination of Employment Letter

This letter is to you inform you that your employment has been terminated from St. Patrick Center due to your failure to conduct yourself in a professional and efficient manner. As a St. Patrick Center employee, you are expected to abide by the agency's rules and policies.

Your actions on March 24th, 2023 resulted in the threat of Saint Patrick Center losing funding and created conflict with our funders and supporters and is the primary reason for termination. Your actions were a violation of Saint Patrick Center Catholic Charities Handbook 501.0 Standards of Conduct (d) Violations of conditions of employment. Simply put, this is considered gross misconduct as you brought Saint Patrick Center into serious disrepute with the City of St. Louis and other potential funding sources, which would be a detriment to the organization. This is also in violation of Saint Patrick Center Catholic Charities Handbook 504.0 Conflict of Interest policy which clarifies that employees are not to engage in, directly or indirectly, either on or off the job, any conduct that is disloyal, disruptive, competitive with, or damaging to the Agency or to the Federation.

As a result, your position with St. Patrick Center is being terminated effective immediately, March 30, 2023. Continuation of Coverage information can be located at this site https://www.archstl.org/human-resources/employee-benefits-and-forms/ending-employment as benefits otherwise end today, March 30, 2023. Your supervisor will submit your final time sheet on your behalf to be paid immediately pursuant to the law. Please arrange for the return of any company property in your possession.

Your employment with St. Patrick Center is at-will, meaning either you or the agency may terminate the employment relationship at any time, with or without notice, and with or without cause, for any reason. As a St. Patrick Center employee, you were expected to abide by the Agency's rules and policies.

_Refused to Sign_
Employee Signature                                  Date

_[signature]_                                       3·30·23
Supervisor Signature                                Date

_[signature]_                                       3·30·2023
Human Resources Signature                           Date

*St. Patrick Center transforms lives through sustainable housing, employment and health care, following the compassion of Jesus.*

800 N Tucker Blvd  |  St Louis, MO 63101  |  P: 314.802.0700  |  F: 314.802.1982  |  stpatrickcenter.org





**PLAINTIFF'S EXHIBIT**
AD #4
AV    10-3-24

**EXHIBIT 2**

ST. PATRICK_011