# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **YITZCHAK SIMON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CV-00955 |
| **TISHAURA JONES, et al.,** | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Tishaura Jones and Yusef Scoggin, in their individual capacities, appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 7th day of April, 2025 [ECF 65].

Respectfully Submitted,

SHEENA HAMILTON
CITY COUNSELOR

  /s/ Abby Duncan
Abby Duncan, #67766 (MO)
Associate City Counselor
1200 Market Street,
City Hall- Room 314
St. Louis, MO  63103
Tel: (314) 622-4694
Fax: (314) 622.4956
E-mail: DuncanA@stlouis-mo.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed on April 11, 2025, and served via the Court's electronic filing system upon all counsel of record.

                                                   /s/ Abby Duncan  
                                                  Associate City Counselor

Case: 4:23-cv-00955-CDP   Doc. #:  66   Filed: 04/11/25   Page: 2 of 2 PageID #: 1343