US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Simon v. Jones et al

**USCA#:**

**Case Number:** 4:23-CV-00955-CDP

**Plaintiff:** YITZCHAK SIMON

**Defendant:** TISHAURA ONEDA JONES, et al.

**Attorney:**
Brandy B. Barth (for pla)
555 Washington Avenue
Suite 420
St. Louis, MO  63101
Ph:  314-272-4490   Fax:  314-762-6710
Email:  brandy@newtonbarth.com

Talmage E. Newton IV (for pla)
555 Washington Avenue
Suite 420
St. Louis, MO  63101
Ph:  314-272-4490   Fax:  314-762-6710
Email:  talmage@newtonbarth.com

**Attorney:**
Abby J. Duncan (for dft)
1200 Market Street
Room 314
St. Louis, MO  63103
Ph:  314-622-3361   Fax:  314-622-4956
Email:  duncana@stlouis-mo.gov

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No   Where:

**Please list all other defendants in this case if there were multiple defendants:**